UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ESTRELITA RIDDICK,  )
)
    Plaintiff,  )
)
v.  )  Civil Action No. L01CV3065
)
AEGON SPECIAL MARKETS GROUP, INC.  )
)
    Defendant.  )

### ORDER

Upon consideration of the joint motion of the parties to substitute Monumental Life Insurance Company, Inc. in place of Aegon Special Markets Group, Inc. as defendant in the above case, it is hereby ORDERED that the motion is GRANTED.

Date:

    _Benson Legg 12/10/01_
    Hon. Benson E. Legg
    USDJ

To:

Alan Lescht, Esq.
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, D.C. 20036

Donald F. Burke, Esq.
Semmes, Bowen & Semmes
250 W. Pratt St.
Balt., Md. 21201

