UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ESTRELITA RIDDICK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. L01CV3065 |
| AEGON SPECIAL MARKETS GROUP, INC. | ) ) ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree to dismiss this lawsuit with prejudice, with each side bearing its own costs and fees.

Date: March 18, 2002

_____
Alan Lescht, Esq. (92128)
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorney for Plaintiff

_____
Donald F. Burke, Esq. (08454)
Semmes, Bowen & Semmes
250 W. Pratt St.
Balt., Md. 21201
(410) 539-5040
Attorneys for defendants Aegon Special Markets Group, Inc.
and Monumental Life Insurance Company, Inc.

APPROVED THIS 22ND DAY OF March, 2002
_____
BENSON EVERETT LEGG, U.S.D.J.